NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DERRICK GRANTLEY,                           )
                                            )
        Appellant,                          )
                                            )
v.                                          )      Case No. 2D18-4682
                                            )
STATE OF FLORIDA,                           )
                                            )
        Appellee.                           )
_____ )

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Derrick Grantley, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.

            Affirmed.

KHOUZAM, C.J., and BLACK, J., and CASE, JAMES R., ASSOCIATE SENIOR
JUDGE, Concur.